Stella Guter, appellant, v. Security Benefit Association, appellee. Gen. No. 32,694.

636

Opinion filed Octo-
ber 11, 1928.

Harry H. Felgar, for appellant. A. W. Fulton and S. J. Fulton, for appellee.

Mr. Justice Barnes delivered the opinion of the court.